IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | ) ) ) | CASE NO: 1:08-CV-02758 |
| Plaintiff, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) | CONSENT JUDGMENT ENTRY |
| **THE HONKER COMPANY,** | ) ) ) | |
| Defendant. | ) | |

Plaintiff, Norfolk Southern Railway Company ("Norfolk Southern"), and Defendant, The Honker Company, hereby enter into a Stipulation of Settlement, and for the Entry of Judgment by Consent state as follows:

WHEREAS, The Honker Company has failed to pay Norfolk Southern the sum of $94,781.91 in freight charges, $98,640.00 in demurrage charges, and $3,635.06 in finance charges as set forth in Counts One, Two and Three of Norfolk Southern's Complaint;

WHEREAS, Norfolk Southern and The Honker Company desire to amicably resolve the controversy without further judicial proceeding.

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties that a judgment by

consent be entered by the court as follows:

On Counts One, Two, and Three of Norfolk Southern's Complaint a judgment in favor of Norfolk Southern and against The Honker Company in the sum of $197,056.97 plus interest running from the date on which each obligation became due and owing, $48,304.52 due on July 15, 2008; $46,477.39 due on July 31, 2008; $6,420.00 due on August 13, 2008; $12,720.00 due on September 11, 2008; $79,500.00 due on September 16, 2008; $916.04 due on July 2, 2008; $1,278.10 due on August 4, 2008; and $1,440.92 due on September 2, 2008.

| | |
|---|---|
| **IT IS SO ORDERED.** | s/Christopher A. Boyko |
| | **JUDGE** |
| **APPROVED:** | August 4, 2009 |

| | |
|---|---|
| s/Glenn D. Southworth | s/ Sheila A. McKeon |
| **GLENN SOUTHWORTH (0062324)** | **SHEILA A. MCKEON (0012067)** |
| McDonald Hopkins LLC | **GALLAGHER SHARP** |
| 600 Superior Ave., East | 420 Madison Avenue, Suite 1250 |
| Suite 2100 | Toledo, Ohio 43604 |
| Cleveland, OH 44114 | Tel: (419) 243-7724 |
| Tel: 216-348-5400 | Fax: (419) 241-4866 |
| Fax: 216-348-5474 | E-mail: smckeon@gallaghersharp.com |
| gsouthworth@mcdonaldhopkins.com | |
| | and |
| *Attorney for Defendant* | |
| *The Honker Company* | s/ Colleen A. Mountcastle |
| | **COLLEEN A. MOUNTCASTLE (0069588)** |
| | **GALLAGHER SHARP** |
| | Sixth Floor - Bulkley Building |
| | 1501 Euclid Avenue |
| | Cleveland, Ohio 44115 |
| | Tel: (216) 522-1058 |
| | Fax: (216) 241-1608 |
| | E-mail: cmountcastle@gallaghersharp.com |
| | |
| | *Attorneys for Plaintiff* |
| | *Norfolk Southern Railway Company* |